BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CV-01074-JAM-AC |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| MISCELLANEOUS ART, JEWELRY, AND CURRENCY LISTED IN EXHIBIT A, | |
| Defendants. | |

The United States of America applies for an order of publication as follows:

1.     Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.     Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.     The defendant art and jewelry listed in Exhibit A attached hereto and incorporated herein were seized in the city of Trenton, in Mercer County, New Jersey.  The defendant $4,740.00 in lieu of a Man's diamond ring listed in Exhibit A was seized in the

1

1  city of Sacramento, in Sacramento County, California;

2        4.    The United States proposes that publication be made as follows:

3        a.    One publication;

4        b.    Thirty (30) consecutive days;

5        c.    On the official internet government forfeiture site www.forfeiture.gov;

6        d.    The publication is to include the following:

7        (1)    The Court and case number of the action;

8        (2)    The date of the seizure/posting;

9        (3)    The identity and/or description of the property seized/posted;

10        (4)    The name and address of the attorney for the United States;

11        (5)    A statement that claims of persons entitled to possession or

12  claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and

13  served on the attorney for the United States no later than 60 days after the first day of

14  publication on the official internet government forfeiture site; and

15        (6)    A statement that answers to the Complaint or a motion under

16  Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served

17  within 21 days after the filing of the claims and, in the absence thereof, default may be

18  entered and condemnation ordered.

19  Dated: 4/30/14                BENJAMIN B. WAGNER
                                 United States Attorney

20

21                            By: /s/ Kevin C. Khasigian

22                                KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney

23

24                                 **ORDER**

25      IT IS SO ORDERED.

26  Dated: May 1, 2014

27                              ALLISON CLAIRE
                               UNITED STATES MAGISTRATE JUDGE

28

                                2

1

**Exhibit A**

2

1.  "Champagne Tango" Limited Edition, Michael Goddard, Giclee on canvas, signed by artist, Numbered 207/250, 40" X 24" including frame,

3

2.  Marc Chagall Etching "Soleil Aux Amoureux" black & white Limited Edition Etching, signed by artists, Numbered 1 of 60, 12"x 9" including frame,

4

3.  Joan Miro, The Perseides I, 1970, Registration No.147727.0018,
4.  Joan Miro, The Perseides III, 1970, Registration No. 147727.0018,

5

5.  Joan Miro, Oda A Joan Miro (C.905), 1973, Registration No. 177246.001,
6.  Andras Markos, Abstract XV111, 2000, Registration No. 110777.0000,

6

7.  Scott Jacobs, After the Ride, 2005, Registration No. 151835.0215,
8.  Scott Jacobs, Summer Red, 2005, Registration No. 151836.0423,

7

9.  Scott Jacobs, Roses or Red, 2005, Registration No. 151837.0193,
10. Diamond engagement ring, CTR RD, diamond 1.90 CTS., GIA Cert # 10074955, E Color, SI,

8

Plat. Mtg. with 6 top bags Wgt .65 CTS and 2 RD diamonds weighing .30 CTS,
11. Diamond necklace containing 7 diamonds Wgt. 1.10 CTS. G Color, VS2 set in handmade

9

white gold necklace,
12. 668 Pair of diamond St. Earrings - 2 round diamonds weighing Approx. 1.50 CTS., G Color, SI1,

10

set in white gold mounting,
13. Diamond bracelet containing 60 RD diamonds, weighing 3.51 CTS., G Color, VS2, set in 18kt

11

gold channel mounting,
14. Cartier Roadster, stainless steel watch, S/N 699127D,

12

15. Steel and Gold Rolex with Roman Dial, Model #R0250005, S/N R79173373B6252K79897,
16. Cartier platinum and diamond Star of David Charm Approx. 1.20 CTS. Fiche #007262125, Ref.

13

#HY300021, S/N 869388,
17. 14kt Gold and Onyx Bracelet with interconnecting Marquise stones,

14

18. Approximately $4,740.00 in the form of a Cashier's Check in lieu of a Man's diamond ring containing 3 full cut RD. diamonds .74 CTS., Color G, VS2, set in handmade platinum setting,

15

19. Diamond wedding ring containing 3 full cut RD diamonds .74 CTS, Color G, VS2, set in handmade platinum setting,

16

20. Diamond Eternity Necklace containing 215 full cut round diamonds weight 2.34 CTS., diamonds are G Color, VS2 set in white gold pave necklace mounting, 17",

17

21. Pair of diamond stud earrings containing 2 Princess cut diamonds, weighing 2.40 CTS., G-H Color, VS2, set in white gold mappings,

18

22. Patek Philippe automatic annual calendar watch, black strap, 18kt, white gold case, grey dial, Movement #3131717, Case #4096366,

19

23. Cartier Tank Francaise Ring Wg-1/2 diamond-Ref B4054750, S/N CR0138,
24. Men's Rolex stainless steel and platinum yacht master watch,

20

25. Stainless steel Franck Muller Biretro chronograph watch with black alligator strap, Model #7850CCBACB,

21

26. Jaeger Le-Coultre Men's Grand Reveil watch in platinum, leather strap, Limited Edition, Model Q163644A-12,

22

27. Panerai Radiomir 45mm chronograph black stainless steel watch Serial #6715PB0569224 Reference #PAM00288,

23

28. Parmigiani Fleurier stainless steel and black leather chronograph watch, Reference #PF003FLP1,

24

29. Vacheron Constantin Overseas stainless steel chronograph watch, Model #49150/B01A CAE #1158537,

25

30. Blancpain stainless steel chrono perpetual calendar watch, Model #2685F1130FI Case #102,
31. IWC Big Pilot platinum watch, Model #500413, Serial #3406085,

26

32. IWC Mark XVI stainless steel watch, Model #325512, Serial #3355682,
33. Patek Philippe stainless steel watch with diamonds, Model #4910/10A-010, Serial

27

#3592550/4855430,
34. Patek Philippe platinum watch with diamond, Model #5135P-001, Serial #3920424/4455746,

28

35. Women's Roberto Coin white gold and diamond bracelet,

Application and Order for Publication

36.    Women's Roberto Coin white gold and diamond bracelet,
37.    Roberto Coin Rose gold and diamond bracelet, and
38.    Men's Panerai Limior power reserve watch, 2005 Regatta - 125 of 500.

4