1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States



**FILED**

MAY - 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MISCELLANEOUS ART, JEWELRY, AND CURRENCY LISTED IN EXHIBIT A,<br><br>　　　　　Defendants. | 2:14-CV-01074-JAM-AC<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on April 30, 2014, in the United States District Court for the Eastern District of California, alleging that the defendant Miscellaneous Art, Jewelry, and Currency listed in Exhibit A attached hereto and incorporated herein (collectively, "defendant assets") are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) for one or more violations of 18 U.S.C. §§ 1341 and 2341 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Donna Hauser, there is probable cause to believe that the defendant assets so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

1

1  IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District
2  of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.
3
4  Dated: 5/1/14

_____
DALE A. DROZD
United States Magistrate Judge

## Exhibit A

1. "Champagne Tango" Limited Edition, Michael Goddard, Giclee on canvas, signed by artist, Numbered 207/250, 40" X 24" including frame,
2. Marc Chagall Etching "Soleil Aux Amoureux" black & white Limited Edition Etching, signed by artists, Numbered 1 of 60, 12"x 9" including frame,
3. Joan Miro, The Perseides I, 1970, Registration No.147727.0018,
4. Joan Miro, The Perseides III, 1970, Registration No. 147727.0018,
5. Joan Miro, Oda A Joan Miro (C.905), 1973, Registration No. 177246.001,
6. Andras Markos, Abstract XV111, 2000, Registration No. 110777.0000,
7. Scott Jacobs, After the Ride, 2005, Registration No. 151835.0215,
8. Scott Jacobs, Summer Red, 2005, Registration No. 151836.0423,
9. Scott Jacobs, Roses or Red, 2005, Registration No. 151837.0193,
10. Diamond engagement ring, CTR RD, diamond 1.90 CTS., GIA Cert # 10074955, E Color, SI, Plat. Mtg. with 6 top bags Wgt .65 CTS and 2 RD diamonds weighing .30 CTS,
11. Diamond necklace containing 7 diamonds Wgt. 1.10 CTS. G Color, VS2 set in handmade white gold necklace,
12. 668 Pair of diamond St. Earrings - 2 round diamonds weighing Approx. 1.50 CTS., G Color, SI1, set in white gold mounting,
13. Diamond bracelet containing 60 RD diamonds, weighing 3.51 CTS., G Color, VS2, set in 18kt gold channel mounting,
14. Cartier Roadster, stainless steel watch, S/N 699127D,
15. Steel and Gold Rolex with Roman Dial, Model #R0250005, S/N R79173373B6252K79897,
16. Cartier platinum and diamond Star of David Charm Approx. 1.20 CTS. Fiche #007262125, Ref. #HY300021, S/N 869388,
17. 14kt Gold and Onyx Bracelet with interconnecting Marquise stones,
18. Approximately $4,740.00 in the form of a Cashier's Check in lieu of a Man's diamond ring containing 3 full cut RD. diamonds .74 CTS., Color G, VS2, set in handmade platinum setting,
19. Diamond wedding ring containing 3 full cut RD diamonds .74 CTS, Color G, VS2, set in handmade platinum setting,
20. Diamond Eternity Necklace containing 215 full cut round diamonds weight 2.34 CTS., diamonds are G Color, VS2 set in white gold pave necklace mounting, 17",
21. Pair of diamond stud earrings containing 2 Princess cut diamonds, weighing 2.40 CTS., G-H Color, VS2, set in white gold mappings,
22. Patek Philippe automatic annual calendar watch, black strap, 18kt, white gold case, grey dial, Movement #3131717, Case #4096366,
23. Cartier Tank Francaise Ring Wg-1/2 diamond-Ref B4054750, S/N CR0138,
24. Men's Rolex stainless steel and platinum yacht master watch,
25. Stainless steel Franck Muller Biretro chronograph watch with black alligator strap, Model #7850CCBACB,
26. Jaeger Le-Coultre Men's Grand Reveil watch in platinum, leather strap, Limited Edition, Model Q163644A-12,
27. Panerai Radiomir 45mm chronograph black stainless steel watch Serial #6715PB0569224 Reference #PAM00288,
28. Parmigiani Fleurier stainless steel and black leather chronograph watch, Reference #PF003FLP1,
29. Vacheron Constantin Overseas stainless steel chronograph watch, Model #49150/B01A CAE #1158537,
30. Blancpain stainless steel chrono perpetual calendar watch, Model #2685F1130FI Case #102,
31. IWC Big Pilot platinum watch, Model #500413, Serial #3406085,
32. IWC Mark XVI stainless steel watch, Model #325512, Serial #3355682,
33. Patek Philippe stainless steel watch with diamonds, Model #4910/10A-010, Serial #3592550/4855430,
34. Patek Philippe platinum watch with diamond, Model #5135P-001, Serial #3920424/4455746,
35. Women's Roberto Coin white gold and diamond bracelet,

36. Women's Roberto Coin white gold and diamond bracelet,
37. Roberto Coin Rose gold and diamond bracelet, and
38. Men's Panerai Limior power reserve watch, 2005 Regatta - 125 of 500.