BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
MICHAEL D. ANDERSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MISCELLANEOUS ART, JEWELRY, AND CURRENCY LISTED IN EXHIBIT A,<br><br>    Defendants. | 2:14-CV-01074-JAM-AC<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

1.     This is a civil forfeiture action against defendants Miscellaneous Art, Jewelry, and Currency listed in Exhibit A attached hereto and incorporated herein (collectively, "defendant properties") seized on or about April 4 and April 8, 2014.

2.     A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 30, 2014, alleging that said defendant properties are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

3.     On May 1, 2014, the Clerk issued a Warrant for Arrest for the defendant properties, and that warrant was duly executed on May 6 and July 14, 2014.

4.     Beginning on May 7, 2014, for at least thirty consecutive days, the United

States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on June 27, 2014.

     5.    On April 8 and 9, 2014 pursuant to a Stipulation for Final Judgment of Forfeiture and/or Consent Judgment of Forfeiture, potential claimants Alex Goldman, Marni Goldman, Mark Goldman, and Laura Goldman agreed to forfeit all of their right, title, and interest in the defendant properties listed in Exhibit A attached hereto to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), to be disposed of according to law.  That Stipulation is attached and incorporated as Exhibit B to the Request for Final Judgment of Forfeiture filed herein.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

     1.    That judgment is hereby entered against potential claimants Alex Goldman, Marni Goldman, Mark Goldman, and Laura Goldman and all other potential claimants who have not filed claims in this action.

     2.    All right, title, and interest of Alex Goldman, Marni Goldman, Mark Goldman, and Laura Goldman in the defendant properties listed in Exhibit A attached hereto, plus any accrued interest, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.

     3.    That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant properties.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The potential claimants waived the provisions of California Civil Code § 1542.

///

///

///

4. All parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 11th day of August, 2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

**Exhibit A**

1. "Champagne Tango" Limited Edition, Michael Goddard, Giclee on canvas, signed by artist, Numbered 207/250, 40" X 24" including frame,
2. Marc Chagall Etching "Soleil Aux Amoureux" black & white Limited Edition Etching, signed by artists, Numbered 1 of 60, 12"x 9" including frame,
3. Joan Miro, The Perseides I, 1970, Registration No.147727.0018,
4. Joan Miro, The Perseides III, 1970, Registration No. 147727.0018,
5. Joan Miro, Oda A Joan Miro (C.905), 1973, Registration No. 177246.001,
6. Andras Markos, Abstract XV111, 2000, Registration No. 110777.0000,
7. Scott Jacobs, After the Ride, 2005, Registration No. 151835.0215,
8. Scott Jacobs, Summer Red, 2005, Registration No. 151836.0423,
9. Scott Jacobs, Roses or Red, 2005, Registration No. 151837.0193,
10. Diamond engagement ring, CTR RD, diamond 1.90 CTS., GIA Cert # 10074955, E Color, SI, Plat. Mtg. with 6 top bags Wgt .65 CTS and 2 RD diamonds weighing .30 CTS,
11. Diamond necklace containing 7 diamonds Wgt. 1.10 CTS. G Color, VS2 set in handmade white gold necklace,
12. 668 Pair of diamond St. Earrings - 2 round diamonds weighing Approx. 1.50 CTS., G Color, SI1, set in white gold mounting,
13. Diamond bracelet containing 60 RD diamonds, weighing 3.51 CTS., G Color, VS2, set in 18kt gold channel mounting,
14. Cartier Roadster, stainless steel watch, S/N 699127D,
15. Steel and Gold Rolex with Roman Dial, Model #R0250005, S/N R79173373B6252K79897,
16. Cartier platinum and diamond Star of David Charm Approx. 1.20 CTS. Fiche #007262125, Ref. #HY300021, S/N 869388,
17. 14kt Gold and Onyx Bracelet with interconnecting Marquise stones,
18. Approximately $4,740.00 in the form of a Cashier's Check in lieu of a Man's diamond ring containing 3 full cut RD. diamonds .74 CTS., Color G, VS2, set in handmade platinum setting,
19. Diamond wedding ring containing 3 full cut RD diamonds .74 CTS, Color G, VS2, set in handmade platinum setting,
20. Diamond Eternity Necklace containing 215 full cut round diamonds weight 2.34 CTS., diamonds are G Color, VS2 set in white gold pave necklace mounting, 17",
21. Pair of diamond stud earrings containing 2 Princess cut diamonds, weighing 2.40 CTS., G-H Color, VS2, set in white gold mappings,
22. Patek Philippe automatic annual calendar watch, black strap, 18kt, white gold case, grey dial, Movement #3131717, Case #4096366,
23. Cartier Tank Francaise Ring Wg-1/2 diamond-Ref B4054750, S/N CR0138,
24. Men's Rolex stainless steel and platinum yacht master watch,
25. Stainless steel Franck Muller Biretro chronograph watch with black alligator strap, Model #7850CCBACB,
26. Jaeger Le-Coultre Men's Grand Reveil watch in platinum, leather strap, Limited Edition, Model Q163644A-12,
27. Panerai Radiomir 45mm chronograph black stainless steel watch Serial #6715PB0569224    Reference #PAM00288,
28. Parmigiani Fleurier stainless steel and black leather chronograph watch, Reference #PF003FLP1,
29. Vacheron Constantin Overseas stainless steel chronograph watch, Model #49150/B01A CAE #1158537,
30. Blancpain stainless steel chrono perpetual calendar watch, Model #2685F1130FI Case #102,
31. IWC Big Pilot platinum watch, Model #500413, Serial #3406085,
32. IWC Mark XVI stainless steel watch, Model #325512, Serial #3355682,

33. Patek Philippe stainless steel watch with diamonds, Model #4910/10A-010, Serial #3592550/4855430,
34. Patek Philippe platinum watch with diamond, Model #5135P-001, Serial #3920424/4455746,
35. Women's Roberto Coin white gold and diamond bracelet,
36. Women's Roberto Coin white gold and diamond bracelet,
37. Roberto Coin Rose gold and diamond bracelet, and
38. Men's Panerai Limior power reserve watch, 2005 Regatta - 125 of 500.

Final Judgment of Forfeiture